IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Jason Christopher Fahlstrom, ) | Case No.: 1:23-cr-00124 |
| ) | |
| Defendant. ) | |

Defendant was ordered released to Prairie Recovery Center on September 12, 2023. (Doc. No. 28). Defendant is anticipated to complete his in-patient treatment at Prairie Recovery Center, with a discharge date of November 8, 2023. (Doc No. 29).

On November 3, 2023, Defendant filed a *Motion to Amend/Correct*. (Doc. No. 29). Advising that he has been accepted into Seeds of Eden ("SOE") in Washburn, North Dakota, Defendant requests to reside at the residential sober living facility.

The court finds that a placement of Defendant at ROC with additional conditions will reasonably assure his appearance at future proceedings. The court also notes there is no objection from the United States. Accordingly, the court **GRANTS** Defendant's motion. (Doc. No. 29). Upon completion of in-patient treatment and successful discharge from Prairie Recovery Center, Defendant shall be immediately transported to SOE by a representative of Prairie Recovery Center. Defendant's release shall be subject to the following conditions:

1) Defendant must not violate federal, state, tribal, or local law while on release.

2) Defendant must appear in court as required and must surrender to serve any sentence imposed.

3) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer. Defendant shall contact Pretrial Officer Skylar Soupir at (701) 530-2416 within 24 hours of arrival at SOE.

4) Except upon prior approval from the Pretrial Services Officer, Defendant's travel is restricted to the State of North Dakota.

5) Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

6) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

7) Defendant shall not knowingly or intentionally have any direct or indirect contact with any witnesses, except that counsel for Defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of Defendant's legal defense.

8) Defendant shall reside at SOE and shall participate in its programs and abide by its rules and regulations.

9) Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the treatment facility OR to communicate with facility staff about his progress in the program.

Any passes allowed by the treatment facility must be approved by the Pretrial Services Officer.

If for any reason Defendant is terminated from the treatment program, he must immediately report to the United Stated Marshal.

At least 96 hours prior to anticipated completion of the treatment program, Defendant must advise the Pretrial Services Officer of his anticipated completion date so the court may schedule a hearing to review his release status.

10) Defendant shall submit his person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition. The Pretrial Services Officer may conduct a search under this condition only when reasonable suspicion exists that Defendant has violated a condition of release and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

11) Defendant must report as soon as possible, to pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

**IT IS SO ORDERED.**

Dated this 8th day of November, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court